Freeman et al. v. Gould, 201 Ill. App. 455.

---

## Herman Freeman and J. E. Darlow, copartners, trading as Freeman & Darlow, Defendants in Error, v. Harold P. Gould, Plaintiff in Error.

### Gen. No. 21,489.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

## Statement of the Case.

Action by Herman Freeman and J. E. Darlow, copartners, trading as Freeman & Darlow, plaintiffs, against Harold P. Gould, defendant, to recover commission for the sale of real estate. To review a judgment for plaintiffs, defendant prosecutes a writ of error.

SHERIFF, DENT, DOBYNS & FREEMAN, for plaintiff in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

JOSEPH G. SHELDON, for defendants in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 90*—*when evidence sufficient to show priority in procurement of purchaser by competing broker.* In an action for commissions for the sale of real estate, evidence *held* sufficient to warrant a finding that a written contract binding on the actual buyer had not been presented to the defendant by another broker before he received one from the plaintiffs binding on their customer and embodying the terms on which the defendant had verbally agreed to sell, and also that such customer was able, ready and willing to make the purchase on the defendant's terms.